# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| VIRGINIA Y. EBANKS, individually, and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>CREDIT FIRST NATIONAL ASSOCIATION,<br><br>　　Defendants. | Case No. 1:20-cv-00834-PAB |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES the Plaintiff, VIRGINIA Y. EBANKS, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismissing her claims against Defendant, CREDIT FIRST NATIONAL ASSOCIATION, with prejudice, with all parties to bear their own attorney's fees and cost.

Dated: June 24, 2020

Plaintiff's Notice of Dismissal Under FRCP 41(a)(1) with Prejudice is approved.

s/ Pamela A. Barker
PAMELA A. BARKER
UNITED STATES
DISTRICT JUDGE

Respectfully submitted,

**VIRGINIA Y. EBANKS**

By: */s/ Mohammed O. Badwan*

Mohammed O. Badwan
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
mbadwan@sulaimanlaw.com